[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14329
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 30, 2012
JOHN LEY
CLERK

D.C. Docket No. 9:09-cr-80151-KAM-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSIRIS CALVILLO-URIETA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 30, 2012)

Before BARKETT, HULL and ANDERSON, Circuit Judges

PER CURIAM:

Bart Thomas Heffernan, appointed counsel for Osiris Calvillo-Urieta in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Calvillo-Urieta's conviction and sentence are **AFFIRMED**.